# UNITED STATES DISTRICT COURT
## for the

Eastern _____ District of New York _____

United States of America )
v. )
)
**ERNEST HOLLMAN** )   Case No:  CR-07-00168-04 (SLT)
)   USM No:  64161-053
Date of Original Judgment:          August 5, 2008 )
Date of Previous Amended Judgment: _____ )   William J. Stampur
*(Use Date of Last Amended Judgment if Any)* )   Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐    DENIED.   ☒   GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ 57 _____ months **is reduced to** ____ 37 ____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment    entered 8/5/2008 shall remain in effect.

**IT IS SO ORDERED.**                                  ⁀ S/Sandra L. Townes

Order Date: _____ December 6, 2011 _____        _____
                                                          *Judge's signature*

Effective Date: _____             _____ Sandra L. Townes, United States District Judge _____
         *(if different from order date)*                        *Printed name and title*